UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| Eric Porter, Gianna Weber, Kimberly Walsh, Daphne Beard, and Olesya Girich, and John and Jane Does 1-20 on behalf of themselves and others similarly situated, | |
| Claimants, | **VERIFIED NOTICE OF REMOVAL** |
| -against- | **AND PETITION FOR REMOVAL** |
| KATHLEEN HOCHUL, in her personal capacity; HOWARD ZUCKER, in her personal capacity; MARY BASSETT, in her personal capacity, the NEW YORK STATE DEPARTMENT OF HEALTH, STATE UNIVERSITY OF NEW YORK, ROBERT CORONA, in his official capacity as Chief Executive Officer of Upstate University Hospital; CAROL GRIMES, in her official capacity as Chief Executive Officer of Stony Brook University Hospital; DAVID H. BERGER, in his official capacity as Chief Executive Officer of University Hospital at Downstate; SATISH K. TRIPATHI, in his official capacity as President of the University of Buffalo; and JOHN B. KING, JR. (Chancellor of SUNY), | 5:25-cv-381 (BKS/TWD) |
| Defendants. | |

---

To: The Judges of the United States District Court for the Northern District of New York.

Pursuant to 28 U.S.C. §§ 1331 and 1441, and authorized by 42 U.S.C. §12131, et seq. and 29 U.S.C. §794, Defendants, KATHLEEN HOCHUL, HOWARD ZUCKER, MARY BASSETT, NEW YORK STATE DEPARTMENT OF HEALTH, STATE UNIVERSITY OF NEW YORK, ROBERT CORONA, CAROL GRIMES, DAVID H. BERGER, SATISH K. TRIPATHI, AND JOHN B. KING, JR., ("Defendants"), by their undersigned attorney, LATITA JAMES, Attorney General of the State of New York, Gigi E. Meyers, Assistant Attorney General, of counsel,

1

hereby removes the above-captioned civil action, and all claims and causes of action therein, from the Supreme Court of the State of New York, to the United States District Court for the Northern District of New York. Removing Defendants appear for the purpose of removal only and for no other purpose and reserve all rights, claims and defenses of any nature whatsoever, including but not limited to, defenses related to service of process, jurisdiction, and venue, and state as follows:

1. On or about January 24, 2025, the Office of the Attorney General, Syracuse, New York was personally served with a Verified Claim, in an action entitled "ERIC PORTER et. al v. KATHLEEN HOCHUL, et. al.", Index No. 010057/2024 which was filed with the New York State Supreme Court on September 27, 2024. An amended complaint was subsequently filed on March 17, 2025.

2. The above-described action is a civil action of which this court has original jurisdiction under the provisions of 28 U.S.C. §1331 and is one which may be removed to this court by the Petitioners pursuant to the provisions of 28 U.S.C. §1441 in that the action arises, *inter alia*, under Federal law, namely, 42 U.S.C. §§ 1983 and Title VII.

3. In the verified claim, Claimants alleges that Defendants violated Plaintiff's rights under federal statute by discriminating against them on account of religion.

4. Petitioners submit the filing fee in the amount of $400.00.

WHEREFORE, Petitioners request that the above action now pending in the New York State Supreme Court be removed to this Court.

I verify under penalty of perjury that the foregoing is true and correct.

Executed on: March 26, 2025

LETITIA JAMES
Attorney General of the
State of New York

By: /s/ Gigi E. Meyers

Gigi E. Meyers
Assistant Attorney General, Of Counsel
300 South State Street – Suite 300
Syracuse, New York 13202
Bar Roll No. 519196
Telephone:    (315) 448-4800