

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

April 23, 2025

Hon. Thérèse Wiley Dancks
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7367
Syracuse, New York 13261-7367

    Re:    *Porter, et al. v. Hochul, et al.*
            Index No.:  5:25-cv-381 (BKS/TWD)

Dear Judge Dancks:

    As the timeframe for responding to Plaintiffs' complaint was today, Defendants respectfully request confirmation that the deadline to answer the complaint is stayed pending the resolution of Plaintiffs motions to remand and amend their complaint.

                                  Respectfully,

                                    Gigi Meyers, Esq.
                                  Assistant Attorney General

cc:    Sujata Gibson, Esq., *via CM/ECF*